| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> EASTERN DISTRICT OF NORTH CAROLINA | |
| Case number (if known) _____ | Chapter you are filing under: <br> ☐ Chapter 7 <br> ■ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13     ☐ Check if this an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy   12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **William** <br> First name <br><br> **Earl** <br> Middle name <br><br> **Woodard** <br> Last name and Suffix (Sr., Jr., II, III) | **Shirley** <br> First name <br><br> **Ruth Rogers** <br> Middle name <br><br> **Woodard** <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2603 | xxx-xx-8293 |

Debtor 1    **William Earl Woodard**
Debtor 2    **Shirley Ruth Rogers Woodard**                                    Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**  Include trade names and *doing business as* names | ☐ I have not used any business name or EINs.  **DBA  Individualized Treatment Solution, LLC**  Business name(s)  EINs | ☐ I have not used any business name or EINs.  **DBA  Individualized Treatment Solution, LLC**  Business name(s)  EINs |
| **5. Where you live** | **1747 Grissett Rd. SW**  **Supply, NC 28462**  Number, Street, City, State & ZIP Code    **Brunswick**  County    **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.    Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**    Number, Street, City, State & ZIP Code    County    **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.    Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*  ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.  ☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.) | *Check one:*  ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.  ☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **William Earl Woodard**
Debtor 2    **Shirley Ruth Rogers Woodard**                                              Case number *(if known)*

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | When | Case number |
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | Relationship to you |
| District | When | Case number, if known |
| Debtor | Relationship to you |
| District | When | Case number, if known |

**11. Do you rent your residence?**

■ No.    Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you?

  ☐ No. Go to line 12.
  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  **William Earl Woodard**
Debtor 2  **Shirley Ruth Rogers Woodard**                                    Case number *(if known)*

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Number, Street, City, State & ZIP Code

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ No.  I am not filing under Chapter 11.

■ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.
☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____
Number, Street, City, State & Zip Code

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 4

Debtor 1   William Earl Woodard
Debtor 2   Shirley Ruth Rogers Woodard                                              Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**About Debtor 1:**    **About Debtor 2 (Spouse Only in a Joint Case):**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices.  If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 **William Earl Woodard**
Debtor 2 **Shirley Ruth Rogers Woodard**                                                Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ William Earl Woodard**                                    **/s/ Shirley Ruth Rogers Woodard**
**William Earl Woodard**                                          **Shirley Ruth Rogers Woodard**
Signature of Debtor 1                                                 Signature of Debtor 2

Executed on    **May 15, 2019**                               Executed on    **May 15, 2019**
                      MM / DD / YYYY                                                        MM / DD / YYYY

Debtor 1 **William Earl Woodard**
Debtor 2 **Shirley Ruth Rogers Woodard**                                    Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ George Mason Oliver**                          Date  **May 15, 2019**
Signature of Attorney for Debtor                           MM / DD / YYYY

**George Mason Oliver 26587**
Printed name

**The Law Offices of**
Firm name

**Oliver & Cheek, PLLC**
**PO Box 1548**
**New Bern, NC 28563**
Number, Street, City, State & ZIP Code

Contact phone  **252-633-1930**           Email address

**26587 NC**
Bar number & State

---

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 7

Certificate Number: 03621-NCE-CC-451776501

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 14, 2019, at 11:39 o' clock AM EDT, William E. Woodard received from Credit Card Management Services, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Eastern District of North Carolina, an individual [or group] briefing that compiled with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: May 14, 2019

By /s/Wafaa Elmaaroufi

Name Wafaa Elmaaroufi

Title Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 03621-NCE-CC-451776502

## CERTIFICATE OF COUNSELING

I CERTIFY that on  May 14, 2019 , at  11:39  o' clock  AM EDT ,

Shirley R Woodard   received from

Credit Card Management Services, Inc. ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Eastern District of North Carolina , an individual [or group] briefing that compiled

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan  was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted  by internet .

Date: May 14, 2019      By     /s/Wafaa Elmaaroufi

                        Name   Wafaa Elmaaroufi

                        Title  Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **William Earl Woodard** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | **Shirley Ruth Rogers Woodard** | |
| | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA | |
| Case number (if known) | | ☐ Check if this is an amended filing |

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders
12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

**First National Bank**
**Attn: Officer, Agent, Managing Agt**
**4140 E. State Street**
**Hermitage, PA 16148**

Contact

Contact phone

What is the nature of the claim?

115 Holden Beach Rd.
Shallotte, NC 28470
Brunswick County

$ **$439,210.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)    $ **$879,600.00**
    Value of security:    - $ **$440,390.00**
    Unsecured claim    $ **$439,210.00**

**2**

**First National Bank**
**Attn: Officer, Agent, Managing Agt**
**4140 E. State Street**
**Hermitage, PA 16148**

What is the nature of the claim?

115 Holden Beach Rd.
Shallotte, NC 28470
Brunswick County

$ **$96,114.30**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

Debtor 1 **William Earl Woodard**
Debtor 2 **Shirley Ruth Rogers Woodard**                                   Case number *(if known)*

|   |   |
|---|---|
| ☐ No | |
| ■ Yes. Total claim (secured and unsecured) | $ **$96,114.30** |
| Value of security: | - $ **$440,390.00** |
| Unsecured claim | $ **$96,114.30** |

### 3

**Maxine Pughsley**
**2740 NW 13 CT**
**Fort Lauderdale, FL 33311**

What is the nature of the claim?    $ **$25,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $
Value of security:    - $
Unsecured claim    $

### 4

**Bank of America**
**Attn: Officer/Agent/Managing Agent**
**PO Box 15019**
**Wilmington, DE 19886-5019**

What is the nature of the claim?    $ **$17,401.96**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $
Value of security:    - $
Unsecured claim    $

### 5

**Capital One**
**Attn: Officer/Agent/Managing Agent**
**3451 Harry S. Truman Blvd**
**Saint Charles, MO 63301**

What is the nature of the claim?    $ **$14,195.66**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $
Value of security:    - $
Unsecured claim    $

### 6

**Bishop Stanley Banks**
**251 Ashmoore Lane**

What is the nature of the claim?    $ **$13,000.00**

Debtor 1   **William Earl Woodard**
Debtor 2   **Shirley Ruth Rogers Woodard**                              Case number *(if known)*

**Riegelwood, NC 28456**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim         $ _____

Contact
Contact phone

---

**7**

**Bishop Staccato Powell**
**2339 West Hammer Lane**
**Suite C 153**
**Stockton, CA 95209**

What is the nature of the claim?   $ **$13,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim         $ _____

Contact
Contact phone

---

**8**

**Capital One**
**Attn: Officer/Agent/Mananging Agent**
**PO Box 71083**
**Charlotte, NC 28272-1083**

What is the nature of the claim?   $ **$11,376.15**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim         $ _____

Contact
Contact phone

---

**9**

**Barclays Bank Delaware**
**Attn: Bankruptcy**
**PO Box 1337**
**Philadelphia, PA 19101**

What is the nature of the claim?   $ **$9,862.46**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____

Contact

---

Debtor 1    **William Earl Woodard**
Debtor 2    **Shirley Ruth Rogers Woodard**    Case number *(if known)*

Contact phone

Value of security:    - $
Unsecured claim    $

| | | |
|---|---|---|
| **10** | **BB&T**<br>Attn: Officer/Agent/Managing Agent<br>PO Box 580340<br>Charlotte, NC 28258-0340 | What is the nature of the claim?    $ **$9,554.27**<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply<br><br>Does the creditor have a lien on your property?<br>■ No<br>☐ Yes. Total claim (secured and unsecured)    $<br>    Value of security:    - $<br>    Unsecured claim    $ |

Contact
Contact phone

| | | |
|---|---|---|
| **11** | **Barcley Card**<br>Attn: Officer/Agent/Managing Agent<br>4000 White Clay Center Dr<br>Newark, DE 19711 | What is the nature of the claim?    $ **$7,911.00**<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply<br><br>Does the creditor have a lien on your property?<br>■ No<br>☐ Yes. Total claim (secured and unsecured)    $<br>    Value of security:    - $<br>    Unsecured claim    $ |

Contact
Contact phone

| | | |
|---|---|---|
| **12** | **Chase Card Services**<br>Attn: Officer/Agent/Managing Agent<br>PO Box 15298<br>Wilmington, DE 19850-5298 | What is the nature of the claim?    $ **$7,029.00**<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply<br><br>Does the creditor have a lien on your property?<br>■ No<br>☐ Yes. Total claim (secured and unsecured)    $<br>    Value of security:    - $<br>    Unsecured claim    $ |

Contact
Contact phone

| | | |
|---|---|---|
| **13** | **Deacon Isreal Jones**<br>1250 Cedar Grove Rd SW<br>Supply, NC 28462 | What is the nature of the claim?    $ **$7,000.00**<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>    None of the above apply |

Debtor 1  **William Earl Woodard**
Debtor 2  **Shirley Ruth Rogers Woodard**   Case number *(if known)*

■

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
   Value of security:   - $ _____
   Unsecured claim   $ _____

Contact
Contact phone

**14**

Tommy Woodard, Jr
2369 Gore Road
Longs, SC 29568

**What is the nature of the claim?**   $ **$5,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
   Value of security:   - $ _____
   Unsecured claim   $ _____

Contact
Contact phone

**15**

BB&T
Attn: Officer, Agent, Managing Agt
PO Box 1847
Wilson, NC 27894

**What is the nature of the claim?**   $ **$4,675.82**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
   Value of security:   - $ _____
   Unsecured claim   $ _____

Contact
Contact phone

**16**

BB&T
Attn: Officer, Agent, Managing Agt
PO Box 1847
Wilson, NC 27894

**What is the nature of the claim?**   $ **$3,702.24**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
   Value of security:   - $ _____
   Unsecured claim   $ _____

Contact
Contact phone

**17**  **What is the nature of the claim?**   $ **$3,470.26**

Debtor 1  **William Earl Woodard**
Debtor 2  **Shirley Ruth Rogers Woodard**                          Case number *(if known)*

**BB&T**
**Attn: Officer, Agent, Managing Agt**
**PO Box 1847**
**Wilson, NC 27894**

Contact

Contact phone

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $
  - Value of security:  - $
  - Unsecured claim  $

---

**18**

**BB&T**
**Attn: Officer, Agent, Managing Agt**
**PO Box 1847**
**Wilson, NC 27894**

Contact

Contact phone

What is the nature of the claim?            $ **$3,288.14**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $
  - Value of security:  - $
  - Unsecured claim  $

---

**19**

**One Main Financial**
**Attn: Officer, Agent, Managing Agt**
**5051 Main Street, Ste 14**
**Shallotte, NC 28470**

Contact

Contact phone

What is the nature of the claim?    **2008 Lincoln Navigator L4x2 176,000 miles**    $ **$2,847.67**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)  $ **$12,765.67**
  - Value of security:  - $ **$9,918.00**
  - Unsecured claim  $ **$2,847.67**

---

**20**

**One Main Financial**
**Attn: Officer, Agent, Managing Agt**
**5051 Main Street, Ste 14**
**Shallotte, NC 28470**

What is the nature of the claim?    **2010 Ford Taurus LTD 61560 miles**    $ **$1,673.84**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **William Earl Woodard**
Debtor 2 **Shirley Ruth Rogers Woodard**   Case number *(if known)*

**Does the creditor have a lien on your property?**

☐ No

■ Yes. Total claim (secured and unsecured)    $ **$11,022.84**
    Value of security:    - $ **$9,349.00**
    Unsecured claim    $ **$1,673.84**

Contact

Contact phone

| Part 2: | **Sign Below** |

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ William Earl Woodard**           X  **/s/ Shirley Ruth Rogers Woodard**
   **William Earl Woodard**                  **Shirley Ruth Rogers Woodard**
   Signature of Debtor 1                     Signature of Debtor 2

Date  **May 15, 2019**                    Date  **May 15, 2019**

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 7

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of North Carolina

In re: **William Earl Woodard, Shirley Ruth Rogers Woodard**, Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **May 15, 2019**

**/s/ William Earl Woodard**
**William Earl Woodard**
Signature of Debtor

Date: **May 15, 2019**

**/s/ Shirley Ruth Rogers Woodard**
**Shirley Ruth Rogers Woodard**
Signature of Debtor

| | | |
|---|---|---|
| WILLIAM EARL WOODARD<br>1747 GRISSETT RD. SW<br>SUPPLY, NC 28462 | SHIRLEY RUTH ROGERS WOODARD<br>1747 GRISSETT RD. SW<br>SUPPLY, NC 28462 | GEORGE MASON OLIVER<br>THE LAW OFFICES OF<br>OLIVER & CHEEK, PLLC<br>PO BOX 1548<br>NEW BERN, NC 28563 |
| SECRETARY OF TREASURY<br>ATTN: MANAGING AGENT<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20220 | UNITED STATES ATTORNEY<br>310 NEW BERN AVENUE<br>FEDERAL BLDG SUITE 800<br>RALEIGH, NC 27601-1461 | US SECURITIES & EXCHANGE<br>ATTN: MANAGER OR AGENT<br>950 E. PACES FERRY RD., NE S90<br>ATLANTA, GA 30326-1382 |
| NC DEPT OF COMMERCE<br>ATTN: SHARON A. JOHNSTON<br>PO BOX 25903<br>RALEIGH, NC 27611 | NC DEPT OF REVENUE<br>ATTN: A. FOUNTAIN<br>PO BOX 1168<br>RALEIGH, NC 27602-1168 | INTERNAL REVENUE SERVICE<br>ATTN: MANAGER OR AGENT<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| AMERICAN EXPRESS<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | AMERICAN EXPRESS<br>ATTN: OFFICER/AGENT/MANAGING AGENT<br>PO BOX 6985<br>BUFFALO, NY 14240-6985 | BANK OF AMERICA<br>ATTN: OFFICER/AGENT/MANAGINA<br>PO BOX 15019<br>WILMINGTON, DE 19886-5019 |
| BARCLAYS BANK DELAWARE<br>ATTN: BANKRUPTCY<br>PO BOX 1337<br>PHILADELPHIA, PA 19101 | BARCLEY CARD<br>ATTN: OFFICER/AGENT/MANAGING AGENT<br>4000 WHITE CLAY CENTER DR<br>NEWARK, DE 19711 | BB&T<br>ATTN: OFFICER, AGENT, MANAGA<br>PO BOX 1847<br>WILSON, NC 27894 |
| BB&T<br>ATTN: OFFICER/AGENT/MANAGING AGENT<br>PO BOX 580340<br>CHARLOTTE, NC 28258-0340 | BISHOP STACCATO POWELL<br>2339 WEST HAMMER LANE<br>SUITE C 153<br>STOCKTON, CA 95209 | BISHOP STANLEY BANKS<br>251 ASHMOORE LANE<br>RIEGELWOOD, NC 28456 |
| CAPITAL ONE<br>ATTN: OFFICER/AGENT/MANAGING AGENT<br>3451 HARRY S. TRUMAN BLVD<br>SAINT CHARLES, MO 63301 | CAPITAL ONE<br>ATTN: OFFICER/AGENT/MANANGING AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | CHASE CARD SERVICES<br>ATTN: OFFICER/AGENT/MANAGINA<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 |
| DEACON ISREAL JONES<br>1250 CEDAR GROVE RD SW<br>SUPPLY, NC 28462 | FIRST NATIONAL BANK<br>ATTN: OFFICER, AGENT, MANAGING AGENT<br>4140 E. STATE STREET<br>HERMITAGE, PA 16148 | HOME DEPOT<br>ATTN: OFFICER/AGENT/MANAGINA<br>PO BOX 9001010<br>LOUISVILLE, KY 40290-1010 |
| HSN<br>ATTN: OFFICER/AGENT/MANAGING AGENT<br>PO BOX 659707<br>SAN ANTONIO, TX 78265 | LOWE'S<br>ATTN: OFFICER/AGENT/MANAGING AGENT<br>PO BOX 530914<br>ATLANTA, GA 30353-0914 | LOWES SYNCHRONY BANK<br>ATTN: OFFICER/AGENT/MANAGINA<br>PO BOX 530914<br>ATLANTA, GA 30353 |

MAXINE PUGHSLEY  
2740 NW 13 CT  
FORT LAUDERDALE, FL 33311

ONE MAIN FINANCIAL  
ATTN: OFFICER, AGENT, MANAGING AGT  
5051 MAIN STREET, STE 14  
SHALLOTTE, NC 28470

QUICKEN LOANS  
ATTN: OFFICER, AGENT, MANAGA  
635 WOODWARD AVE.  
DETROIT, MI 48226

TOMMY WOODARD, JR  
2369 GORE ROAD  
LONGS, SC 29568